UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,                    :          Index No. 12-cr-00750 (NRB)
                                             :
                        Plaintiff,           :
                                             :
        - against -                          :
                                             :
WILBUR ANTHONY HUFF,                         :
MATTHEW L. MORRIS, and                       :          ECF CASE
ALLEN REICHMAN,                              :

                        Defendant.
------------------------------------------------------------ X

## MOTION FOR SUBSTITUTION OF COUNSEL FOR
## DEFENDANT ALLEN REICHMAN

On behalf of Defendant Allen Reichman, the undersigned counsel hereby jointly move

for a substitution of Alan S. Lewis of CARTER LEDYARD & MILBURN LLP, as counsel of

record for Defendant Allen Reichman, replacing the current counsel of record, Alan Mitchel

Nelson, Esq.  In accordance with Local Civil Rule 1.4, the accompanying Declaration confirms

the reasons for the substitution and the posture of the case.

Dated: New York, New York
        November 16, 2012

ALAN MITCHEL NELSON, ESQ.                    CARTER LEDYARD & MILBURN LLP

_____            By: _____
        3000 Marcus Ave., Suite 1e5              Alan Lewis
        Lake Success, NY 11042                   2 Wall Street
        (516 328-6200                            New York, New York 10005
                                                 (212) 732-3200


                        SO ORDERED:

                        _____
                        U.S.D.J.

7112808.1