UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                Plaintiff,

       - against -

WILBUR ANTHONY HUFF,
MATTHEW L. MORRIS, and
ALLEN REICHMAN,

                Defendant.
------------------------------------------------------------X

<u>ECF CASE</u>

Index No. 12-cr-00750 (NRB)

## DECLARATION OF ALAN S. LEWIS IN SUPPORT OF MOTION FOR SUBSTITUTION OF COUNSEL FOR DEFENDANT ALLEN REICHMAN

**ALAN S. LEWIS**, hereby declares, under penalty of perjury, that the following is true and correct:

1. I am a partner in the law firm Carter Ledyard & Milburn LLP (CL&M) and make this declaration pursuant to Local Civil Rule 1.4 in support of the motion to substitute myself as the new counsel of record for Defendant Allen Reichman.

2. The indictment in the above referenced case was filed on September 27, 2012 and unsealed on October 1, 2012.

3. At the October 1 arraignment of Defendant Allen Reichman, he was represented by Alan M. Nelson.

4. Mr. Reichman recently retained CL&M to retain him in this matter.

5. The reason for the substitution is Mr. Reichman's recent retention of CL&M to represent him.

6.   The case, as described above, is at a very early stage. Mr. Reichman and the other defendants were arraigned only last month and the government has yet to produce discovery. The next scheduled court date is January 18, 2013.

7.   Defendant Allen Reichman consents to this substitution.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:   New York, New York
         November 16, 2012

_____
ALAN S. LEWIS