**MEMO ENDORSED**

# CARTER LEDYARD & MILBURN LLP
*Counselors at Law*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/2012

Alan S. Lewis
*Partner*
•
Direct Dial: 212-238-8647
E-mail: lewis@clm.com

2 Wall Street
New York, NY 10005-2072
•
Tel (212) 732-3200
Fax (212) 732-3232

570 Lexington Avenue
New York, NY 10022-6856
(212) 371-2720

December 4, 2012

**VIA FACSIMILE**

The Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD

DEC - 5 2012

UNITED STATES COURT JUDGE

Re: *U.S. v. Allen Reichman*
12-CR-750 (NRB)

**MEMO ENDORSED**

Dear Judge Buchwald:

With the consent of the government and of Pre-Trial Services, we respectfully request that the bail condition restricting Mr. Reichman to the Southern and Eastern Districts of New York be temporarily expanded so as to permit Mr. Reichman to travel to Boynton Beach, Florida this Thursday, December 6. Mr. Reichman's parents live there and his 88-year old father is recuperating from recent orthopedic surgery. Mr. Reichman would return to New York on December 10. On October 19, 2012, the Court approved a similar request for Mr. Reichman to travel to Florida, however that trip was canceled because of Hurricane Sandy.

Mr. Reichman is at liberty on a $1,000,000 bond secured by his home and the signatures of he and his wife.

Respectfully yours,

*Al Lewis*

Alan S. Lewis

*Application granted.
So ordered.
Buchwald
USDJ
12/4/12*

cc: **VIA E-MAIL**

AUSA Zachary Feingold
AUSA Janis Echenberg

7120077.1