DEC-10-2012  11:40              CL&M                            2127323232      P.02

**MEMO ENDORSED**

# CARTER LEDYARD & MILBURN LLP
*Counselors at Law*

Alan S. Lewis
*Partner*
•
Direct Dial: 212-238-8647
E-mail: lewis@clm.com

2 Wall Street
New York, NY 10005-2072
•
Tel (212) 732-3200
Fax (212) 732-3232

570 Lexington Avenue
New York, NY 10022-6856
(212) 371-2720

December 10, 2012

**VIA FACSIMILE**

The Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

[Stamp: RECEIVED IN CHAMBERS OF NAOMI REICE BUCHWALD DEC 10 2012 UNITED STATES COURT JUDGE]

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 12/10/2012]

Re:   *U.S. v. Allen Reichman*
       12-CR-750 (NRB)

**MEMO ENDORSED**

Dear Judge Buchwald:

On Mr. Reichman's behalf, I ask the Court to extend for a few days the period during which his bail conditions (restriction to SDNY and EDNY) are expanded to include Florida. Last week, the Court granted permission for Mr. Reichman to be in Florida between December 6 and December 10 to help his 85 year old mother to care for his 88 year old father. Mr. Reichman's father is suffering from various health problems and his mother has asked Mr. Reichman to remain in Florida for the rest of this week, through December 14.

Mr. Reichman is at liberty on a $1,000,000 bond secured by his home and the signatures of he and his wife.

Respectfully yours,

*[signature]*
Alan S. Lewis

[Handwritten endorsement: Application granted.
[signature]
USDJ
12/10/12]

ASL:bp

cc:   **VIA E-MAIL**

       AUSA Zachary Feingold
       AUSA Janis Echenberg

7122958.1

TOTAL P.02