

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-9-2013

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 8, 2013

**BY FACSIMILE**

The Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007



RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD
JAN - 9 2013
UNITED STATES COURT JUDGE

    Re:    <u>United States v. Wilbur Anthony Huff, et al.</u>
           12 Cr. 750 (NRB)

Dear Judge Buchwald:

        The parties submit this joint request for an adjournment of the conference that is currently scheduled for January 18, 2013 at 3:30 p.m. in this matter. The Government recently produced approximately 1 million pages of discovery, and anticipates producing additional discovery soon. Accordingly, an adjournment will provide the defendants with time to review the discovery and to contemplate any motions. The parties propose an adjournment until February 26, 2013 at 3:00 p.m.

        The Government further requests that the Court exclude time under the Speedy Trial Act from January 18, 2013 until February 26, 2013, because the ends of justice served by excluding time under the Speedy Trial Act outweigh the interest of the public and the defendants in a speedy trial. The exclusion is needed for the defendants to review discovery. Defense counsel consents to the proposed exclusion of time.

                                      Respectfully submitted,

                                      PREET BHARARA
                                      United States Attorney
                                        Southern District of New York

                        By:    _____
                                      Zachary Feingold/Janis Echenberg
                                      Assistant United States Attorneys
                                      Tel.: (212) 637-2436/2597

cc:    All defense counsel

SO ORDERED:

January 9, 2013        */s/ Naomi Reice Buchwald*
                            HONORABLE NAOMI REICE BUCHWALD
                            United States District Judge
                            Southern District of New York