UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,

      - against -

WILBUR ANTHONY HUFF,
MATTHEW L. MORRIS, and
ALLEN REICHMAN,

                    Defendants.
------------------------------------X

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

O R D E R

12 CR 750 (NRB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-10-2013

       Modified bail for Allen Reichman is set as follows: a $1,000,000 Personal Recognizance Bond to be cosigned by the defendant's wife and mother (both in her personal capacity and as the holder of a power of attorney for the defendant's father) and to be further secured by an IRA account in the defendant's name. Defendant's bail limits are extended to the states of New York, New Jersey, Connecticut and Florida (with Pretrial Services being notified of all trips to Florida). Further, defendant shall (if he has not already) surrender his passport and is prohibited from applying for a new one or similar travel document. Finally, defendant is subject to Pretrial Services supervision by telephone.

       **SO ORDERED.**

Dated:      New York, New York
            January 10, 2013

                                        NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE

     Copies of the foregoing Order have been mailed on this date to the following:

Zachary Feingold, Esq.
Assistant U.S. Attorney for the Southern District of New York
One Saint Andrew's Plaza
New York, NY 10007

Alan Lewis, Esq.
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005