UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Allen Reichman | Case No. 1:12-cr-00750-NRB-3 |

## ORDER

AND NOW this __14__ day of __September__, 2020, upon consideration of the request of the United States of America to amend the restitution order, as amended (ECF Nos. 184 & 186) to modify the restitution payee information, and the consent thereto of the victim and current primary payee, Oppenheimer & Co., Inc. ("Oppenheimer") and the substituted restitution beneficiary, National Union Fire Insurance Company of Pittsburgh, PA ("National Union"), it is hereby ORDERED and DECREED that the Restitution Order in this matter be further amended to substitute National Union as the sole and direct restitution payee. It is FURTHER ORDERED that the terms of restitution distribution be amended to reflect that all restitution payments received be distributed directly to National Union.

All restitution payments distributed to National Union by the Clerk of the United States District Court shall be sent to the following address:

National Union Fire Insurance Company of Pittsburgh, PA
c/o D. Joseph Ferris, Esquire
McElroy, Deutsch, Mulvaney & Carpenter, LLP
1617 John F. Kennedy Boulevard, Suite 1500
Philadelphia, PA 19103


BY THE COURT:

_____
Naomi Reice Buchwald, U.S.D.J.