UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Judgment Creditor,

     v.                                     12 CR 0750 (NRB)

ALLEN REICHMAN,                      **ORDER**

                Judgment Debtor.

NAOMI REICE BUCHWALD, District Judge:

    WHEREAS, to enforce the criminal judgment entered against ALLEN REICHMAN in this case, the United States of America ("the Government") seeks to serve a subpoena, pursuant to Fed. R. Civ. P. 45, on the Office of the Westchester County Clerk seeking all filings in the marital dissolution action *Mary Reichman v. Allen Reichman*, Matrimonial Case No. 61424/2023;

    WHEREAS, pursuant to New York Domestic Relations Law Section 235, the Office of the Westchester County Clerk requires an order of court to provide documents filed in a matrimonial action to any person other than a party or counsel of a party;

    WHEREAS, the Government requires the requested records to ascertain and address the property interests of the parties to *Mary Reichman v. Allen Reichman*, Matrimonial Case No. 61424/2023 in relation to this Court's restitution order; and

    WHEREAS, the Government has requested entry of order directing the Office of the Westchester County Clerk to comply with the Government's subpoena and produce all filings in the marital dissolution action *Mary Reichman v. Allen Reichman*, Matrimonial Case No. 61424/2023;

IT IS HEREBY ORDERED that the Office of the Westchester County Clerk comply with the Government's subpoena and produce all filings in the marital dissolution action *Mary Reichman v. Allen Reichman*, Matrimonial Case No. 61424/2023.

Dated: January 23, 2025
New York, New York

*[signature]*
HON. NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE